**F I L E D**
CLERK, U.S. DISTRICT COURT

12/01/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

NATHAN KEYSHAWN WILLIAMS,
  aka "Kbotn,"

      Defendant.

No. 8:21-cr-00212-JVS

I N D I C T M E N T

[18 U.S.C. § 2423(b): Travel with
Intent to Engage in Illicit Sexual
Conduct with a Minor; 18 U.S.C.
§§ 2252A(a)(1), (b)(1):
Transportation of Child
Pornography; 18 U.S.C.
§§ 2252A(a)(5)(B), (b)(2):
Possession of Child Pornography]

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2423(b)]

On or about August 26, 2021, defendant NATHAN KEYSHAWN WILLIAMS,

also known as "Kbotn," knowingly traveled in interstate commerce,

from Houston, Texas to Los Angeles County, within the Central

District of California, for the purpose of engaging in illicit sexual

conduct, as defined in Title 18, United States Code, Section 2423(f),

namely, to engage in a sexual act with a person under 18 years of age

that would be in violation of Title 18, Chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(1), (b)(1)]

On or about August 26, 2021, in Orange County, within the Central District of California, defendant NATHAN KEYSHAWN WILLIAMS, also known as "Kbotn," knowingly transported at least one video of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

COUNT THREE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about August 27, 2021, in Orange County, within the Central District of California, defendant NATHAN KEYSHAWN WILLIAMS, also known as "Kbotn," knowingly possessed an Android cellular phone, that contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a video file titled "510," depicting a person under the age of 18, that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer and cellular telephone, and that had been produced using materials that had been mailed, shipped, and

//

//

transported in and affecting interstate and foreign commerce by any
means, including by computer, knowing that the video was child
pornography.

A TRUE BILL

_____
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRADLEY E. MARRETT
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ANDREW BESHAI
Assistant United States Attorney
Santa Ana Branch Office